# United States Court of Appeals for the Federal Circuit

ERRATUM

December 26, 2006

Appeal No. 06-1064

Precedential Opinion, 02 Micro Int'l Ltd. v. Monolithic Power Sys., Inc.

Decided:     November 15, 2006

Change all references in the opinion from "02 Micro" (zero-two) to "O2 Micro" (capital letter "O"-two).

The official caption on appeal is likewise modified to replace "02" (zero-two) with "O2" (capital letter "O"-two).